UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB WINDING, et al., | No. 2:24-cv-01564-DAD-CKD (PS) |
| Plaintiffs, | ORDER |
| v. | |
| IFFTIKHAR WAHLA, et al. | |
| Defendants. | |

On June 7, 2024, Plaintiffs Jacob Winding and Belinda Smith, proceeding pro se, filed their First Amended Complaint (FAC) against Defendants Ifftikhar Wahla Trustee of Ifftikhar Wahla & Llea Wahla Trust, Maria Bridges, and Airhoster LLC, a California Limited Liability Corporation. (ECF No. 4.) Defendant Ifftikhar Wahla Trustee of Ifftikhar Wahla & Llea Wahla Trust answered the FAC (ECF No. 6), however Defendants Bridges and Airhoster had a Clerk's Entry of Default entered against each of them on July 22, 2024. (ECF No. 13.) On August 29, 2024, the undersigned ordered the parties to meet within twenty-one (21) days from the date of the order and file a joint status report and request for hearing seven (7) days after that. (ECF No. 14.) The parties have not filed a joint status report. On September 27, 2024, Plaintiffs filed a motion for a 120-day continuance to file the joint status report.[1] (ECF No. 15 at 3.) On October

---

[1] The court acknowledges Plaintiffs' request for a continuance, however because Defendants Bridges and Airhoster have now appeared in this case and filed a motion to set aside the entry of

1

1, 2024, Defendants Bridges and Airhoster filed a motion to set aside entry of default, and set this motion for hearing on November 13, 2024, at 10:00 a.m. before the undersigned. (ECF No. 16; see ECF Nos. 17, 18, 19, 20, 21, 22.)

Pursuant to Local Rule 230(c), Plaintiffs were required to file an opposition or statement of non-opposition to Defendants' motion no later than fourteen (14) days after the date the motion was filed, i.e., by October 15, 2024. That deadline has now passed, and Plaintiffs have not filed either an opposition or a statement of non-opposition.

In light of the Plaintiffs' pro se status, the court provides Plaintiff one additional, final opportunity to oppose the motion.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The November 13, 2024, hearing on Defendants' motion to set aside entry of default is VACATED. The court takes this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). The court will reschedule a hearing at a future date, if necessary;

2. Within fourteen (14) days of this order, Plaintiffs shall file a written opposition or a statement of non-opposition to Defendants' motion to set aside entry of default;
    a. Plaintiffs are cautioned that failure to file written oppositions will be deemed a statement of non-opposition to the pending motion and consent to the granting of the motion;

3. Within seven (7) days of any opposition, Defendants may file a written reply.

Dated: October 30, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, wind.1564.24

---

default, the court will address that motion first, and then later address whether more time is needed for the parties to file a joint status report.

2